## PHILIP IRELAND *v.* TOWN OF WETHERSFIELD

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 421 (AC 14401), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that a new trial was required because of the absence of evidence of whether the assessment by the town would result in an unjust tax?"

The Supreme Court docket number is SC 15482.

*Kerry R. Callahan* and *Karen Keefe Clark*, in support of the petition..

Decided July 8, 1996

## STATE OF CONNECTICUT *v.* EDWARD KRUELSKI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 476 (AC 14813), is denied.

*Paul D. Eschuk*, assistant public defender, in support of the petition.

*Robert L. Marconi*, assistant attorney general, in opposition.

Decided July 8, 1996